1

2   **ARI LAW, P.C.**
    ALI A. AALAEI, Cal. State Bar No. 254713
3   BENJAMIN MARTIN, Cal. State Bar No. 257452
    90 New Montgomery St., Suite 900
4   San Francisco, CA 94105
    Tel:  415-830-9968
5   Fax:  415-520-9456

6   Attorneys for Plaintiff
    SANHO CORPORATION

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SANHO CORPORATION, a Delaware       | Case No. 8:20-cv-00735-JLS-DFM
    corporation;                        |
12                                      | **FIRST AMENDED COMPLAINT FOR**
    Plaintiff,                          | **PATENT INFRINGEMENT**
13                                      |
    v.                                  | **DEMAND FOR JURY TRIAL**
14  INTELLIARMOR, a California          |
    corporation; INTELLIARMOR LLC, a    |
15  Wyoming limited liability company;  |
    ADAM ANDERSON, an individual;       |
16  DOES 1-10;                          |

17  Defendants.

18

19

20

21

22

23

24

25

26

27

28

Plaintiff, SANHO CORPORATION ("Plaintiff"), for all causes of action against defendants INTELLIARMOR, INTELLIARMOR LLC, ADAM ANDERSON, and DOES 1-10 ("Defendants"), alleges as follows:

## INTRODUCTION

1.      This action arises from Defendants' infringement of Plaintiff's intellectual property. Accordingly, Plaintiff prays for monetary and injunctive relief, as set forth herein.

## JURISDICTION

2.      This is a civil action seeking damages and injunctive relief for patent infringement under the Patent Act, 35 U.S.C. § 101, *et seq*.

3.      This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331, and 1338.

4.      This Court has personal jurisdiction over the Defendants because, among other things, Defendants, including, Does do business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants, each of them, have caused injury to Plaintiff and its goodwill, and intellectual property within the State of California, and in this judicial district.

## VENUE

5.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b).  This matter has been transferred to this judicial district from the Northern District of California.

## THE PARTIES

6.      Plaintiff is a Delaware corporation with its principal place of business in Fremont, CA and does business in California and in the United States.

7.      Defendant INTELLIARMOR, aka intelliARMOR Inc. is a California corporation.  It is a suspended corporation.

– 1 –

8.     Defendant INTELLIARMOR LLC is a Wyoming limited liability company.  On information and belief, INTELLIARMOR LLC succeeded, purchased, continued, absorbed, and/or took on all liabilities of INTELLIARMOR—the suspended California corporation—and is a successor or surviving entity.

9.     Defendant Adam Anderson is an individual residing in California. He is the CEO of INTELLIARMOR and INTELLIARMOR LLC, and is the corporate officer that authorized or directed the infringing conducted described herein.  Anderson operated INTELLIARMOR while the corporation was suspended therein selling infringing products.

10.    Plaintiff does not know the true names and capacity of defendants sued herein as DOES 1-10, and therefore sues these defendants by such fictitious names.  Plaintiff is informed and believes, and on the basis of that information and belief alleges, that each of the defendants was in some manner legally responsible for the events and happenings alleged in this complaint and for Plaintiff's damages.  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

## **GENERAL AVERMENTS**

11.    Plaintiff Sanho Corporation is a technology company based in Fremont, CA.

12.    Plaintiff is the assignee of the following United States patents:

- United States Utility Patent No. US 10,572,429 ("429 Patent") **Exhibit A;**
- United States Design Patent No. US D855,616 ("616 Patent") **Exhibit B;**
- United States Design Patent No. US D813,875 ("875 Patent") **Exhibit C;**
- United States Design Patent No. US D844,618 ("618 Patent") **Exhibit D;**
- United States Design Patent No. US D807,290 ("290 Patent") **Exhibit E**
collectively ("Asserted Patents").

13.    In and around 2019, it came to Plaintiff's attention that Defendants and/or its agents had advertised, sold, and offered for sale products embodying the above-listed patents.

14.    The following products infringe Plaintiff's 429 Patent, 616 Patent, 875 Patent, and 618 Patent: INTELLIARMOR – LYNKHUB HD + 7 IN 1 USB C HUB; INTELLIARMOR – LYNKHUB PRO 3 IN 1 USB C HUB; INTELLIARMOR – LYNKHUB MACBOOK PRO USB

C HUB. Defendants, each of them, designed, developed, manufacture, sell, offer to sell these products into the United States, and in California, and into this judicial district. Defendants, each of them, import these products into the United States, and in California.

15.     The following products infringe Plaintiff's 290 Patent: INTELLIARMOR - LYNKHUB MEDIA - 4 IN 1 USB C HUB; INTELLIARMOR - LYNKHUB+ 5 IN 1 USB C HUB. Defendants, each of them, designed, developed, manufacture, sell, offer to sell these products into the United States, and in California, and into this judicial district. Defendants, each of them, import these products into the United States, and in California, and into this judicial district.

16.     In fact, prior to filing a complaint, Plaintiff sent written notice to Defendants regarding Defendants' infringement and demanded that Defendants immediately cease and desist. Defendants refused to cease and desist and has continued its unfair and unlawful scheme. Plaintiff is entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of Plaintiff's intellectual property with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiff's rights.

## **COUNT I**

### **(Patent Infringement)**

### **(35 U.S.C. § 271, *et seq.*)**

17.     Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint.

18.     Defendants have made, used, sold, and offered to sell products infringing the Asserted Patents, and have aided and abetted one another in doing so.  Defendant Anderson directed the infringement personally.

19.     Plaintiff has suffered damages as the result of Defendants' direct and/or indirect infringement.

20.     Defendants' infringement is willful, as Plaintiff has demanded that Defendants cease from infringement and the unfair business practices, but Defendants, and their affiliates and agents continue to advertise, sell, and/or offer for sale, the infringing products.

21.     As a direct and proximate result of the foregoing acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no

adequate remedy at law. Plaintiff is informed and believed and, on that basis, avers that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiff's rights. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

1. That judgment be entered in favor of Plaintiff against Defendants;

2. That Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors be declared to have infringed, induced others to infringe, and/or committed acts of contributory infringement, with respect to the Asserted Patents;

3. That Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors, and all others in active concert or participation with them or acting on their behalf be permanently enjoined from further infringement of the Asserted Patents;

4. That Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors, and all others in active concern or participation with them or acting on their behalf be preliminarily and permanently enjoined from engaging in any trade practices whatsoever, including those complained of herein, which tend to unfair compete with or injure Plaintiff's business and the goodwill associated therewith;

5. That Plaintiff be awarded compensatory, lost profits, and special damages for the infringement in an amount to be determined at trial; the extent of Defendants' total profit and revenue realized and derived from its infringement, and actual damages to Plaintiff in an amount not less than a reasonable royalty for Defendants' infringement and/or as provided pursuant to 35 U.S.C. § 289;

6. Treble or enhanced damages pursuant to 35 U.S.C. § 284 for Defendants' willful and deliberate infringement, and as permitted under other applicable laws;

7.      An award of costs together with Plaintiff's reasonable attorney's fees pursuant to 35 U.S.C. § 285 for this case being exceptional, and as permitted under other applicable laws;

8.      For restitution;

9.      That the Court otherwise award Plaintiff enhanced damages and attorneys' fees;

10.     That Plaintiff be awarded pre-judgment interest;

11.     For any statutory damages or penalties;

12.     For an accounting of, and the imposition of a constructive trust with respect to, Defendants' profits attributable to their infringements of intellectual property; and

13.     For such other and further relief as the Court may deem just and proper.


        WHEREFORE, a demand for jury trial is made.


Dated: May 18, 2020                          Respectfully submitted,
                                             **ARI LAW, P.C.**


                              By:    /s/ Benjamin Martin, Esq.
                                     **ARI LAW, P.C.**
                                     Ali Ari Aalaei, Esq.
                                     Benjamin Martin, Esq.
                                     90 New Montgomery St., Ste. 900
                                     San Francisco, CA 94105
                                     Tel:  415-830-9968
                                     Fax:  415-520-9456

                                     Attorneys for Plaintiff
                                     SANHO CORPORATION

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on May 18 2020, I caused to be electronically transmitted the foregoing

3

document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice

4

of Electronic Filing to these participants who are registered CM/ECF users, and will be served by

5

the CM/ECF system:

6

7

Andrew G. Strickland, CA Bar No. 272364
Email: andrew.strickland@leehayes.com

8

Lee & Hayes, P.C.
75 14th Street, Suite 2500

9

Atlanta, GA 30309

10

By:     /s/ Benjamin Martin, Esq.
        **ARI LAW, P.C.**

11

        Ali Ari Aalaei, Esq.
        Benjamin Martin, Esq.

12

        90 New Montgomery St., Ste. 900
        San Francisco, CA 94105

13

        Tel:  415-830-9968
        Fax:  415-520-9456

14

        Attorneys for Plaintiff

15

        SANHO CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US010572429B2

(12) **United States Patent**
Liao

(10) **Patent No.:** **US 10,572,429 B2**
(45) **Date of Patent:** **Feb. 25, 2020**

(54) **PORT EXTENSION APPARATUS**

(71) Applicant: **Gopod Group Ltd.,**
Shenzhen/Guangdong (CN)

(72) Inventor: **Zhuowen Liao,** Shenzhen (CN)

(73) Assignee: **Gopod Group Ltd.** (CN)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 24 days.

(21) Appl. No.: **15/938,055**

(22) Filed: **Mar. 28, 2018**

(65) **Prior Publication Data**

US 2018/0314664 A1    Nov. 1, 2018

(30) **Foreign Application Priority Data**

Apr. 27, 2017    (CN) .................... 2017 2 0462506 U

(51) **Int. Cl.**
**G06F 13/40**        (2006.01)
**G06F 13/38**        (2006.01)
(52) **U.S. Cl.**
CPC ........ **G06F 13/4068** (2013.01); **G06F 13/387**
(2013.01); **G06F 13/405** (2013.01); *G06F*
*2213/0042* (2013.01)
(58) **Field of Classification Search**
CPC ... G06F 13/4022; H04B 1/406; H04B 1/3883;
H04N 21/4183
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,650,649 B1 * 11/2003 Muhammad ........... H04B 1/406
370/402
8,959,272 B2    2/2015 Lamm et al.

| | | | |
|---|---|---|---|
| 2003/0041205 A1* | 2/2003 | Wu | G06F 3/0227 710/302 |
| 2003/0151885 A1* | 8/2003 | Chang | G06F 13/4022 361/600 |
| 2007/0252605 A1* | 11/2007 | Heisler | H04L 43/50 324/755.01 |
| 2011/0317076 A1* | 12/2011 | Chen | H04N 21/4183 348/705 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 204179435 U | 2/2015 |
|---|---|---|
| CN | 205159722 U | 4/2016 |

(Continued)

*Primary Examiner* — Getente A Yimer

(57) **ABSTRACT**

Port extension apparatus for providing better usage and
utilization efficiency ports of end-user devices are disclosed.
Port extension apparatus includes at least a main port
module for connection to end-user device, first data port
module, data transmission control module, second data port
module, and video port module. When a to-be-connected
device connects to the first data port module, the first data
port module and the main port module form a first transmission
path enabling data transmission between the to-be-con-
nected device and the end-user device. When the to-be-
connected device connects to the second data port module,
the data transmission control module controls the data
transmission between the to-be-connected device and the
end-user device. When the to-be-connected device connects
to the video port module, the data transmission control
module receives the to-be-displayed information from the
end-user device and transmits to the to-be-connected device
to display.

**17 Claims, 2 Drawing Sheets**



**US 10,572,429 B2**

Page 2

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

2014/0013024 A1　　1/2014　Lamm et al.
2016/0308569 A1*　10/2016　Wei ...................... H04B 1/3883

FOREIGN PATENT DOCUMENTS

CN　　205378079　U　　7/2016
CN　　205427837　U　　8/2016
CN　　106025742　A　　10/2016
CN　　106339348　A　　1/2017
CN　　206135140　U　　4/2017

* cited by examiner



**FIG. 1**



FIG. 2

US 10,572,429 B2

1

# PORT EXTENSION APPARATUS

## FIELD

The invention generally relates to electronic technology field and, more particularly, to port extension apparatus.

## BACKGROUND

With the popularization of end-user devices (e.g. mobile phone, tablet computer, and portable computer, etc.), they have become indispensable from people's life and work environment.

Ports (e.g., headphone jack, USB (Universal Serial Bus) ports or USB Type-C ports) are provided in current end-user devices for connecting to other devices. However, due to the limited size of an end-user device, only a few ports can be provided. Also, the space between the ports provided is relatively tight. When a port in an end-user device is in use to connect to a particular device, due to the volume of the particular device or the size of the connector of the particular device being physically too big, other ports in the end-user device can easily become inaccessible for connecting another device.

As described above, there are low and/or inefficient port usage problems existed in current end-user devices.

## BRIEF SUMMARY

This section is for the purpose of summarizing some aspects of the invention and to briefly introduce some preferred embodiments. Simplifications or omissions in this section as well as in the abstract and the title herein may be made to avoid obscuring the purpose of the section. Such simplifications or omissions are not intended to limit the scope of the invention.

Port extension apparatus used with end-user devices for resolving low and/or inefficiency port usage problems in end-user devices are disclosed.

One object of the port extension apparatus is to provide extension of ports of an end-user device to other to-be-connected devices. According to one example embodiment of the disclosure, a port extension apparatus includes a main port module for connecting to the end-user device, a first data port module, a data transmission control module, a second data port module, and a video port module.

Data transmission port of the first data port module is connected to the first end of the main port module. First data transmission port of the data transmission control module is connected to the second end of the main port module. Data transmission port of the second data port module is connected to the second data transmission port of the data transmission control module. Data transmission port of the video port module is connected to the third data transmission port of the data transmission control module.

When a to-be-connected device is connected to the port extension apparatus via the first data port module, the first data port module and the main port module become a transmission path. It enables data transmission between the to-be-connected device and the end-user device.

When a to-be-connected device is connected to the port extension apparatus via the second data port module, the data transmission control module controls data transmission between the to-be-connected device and the end-user device.

When a to-be-connected device is connected to the port extension apparatus via the video port module, the data transmission control module receives the to-be-displayed

2

information from the end-user device and transmits the to-be-displayed information to the to-be-connected device to display.

According to one example embodiment, a port extension apparatus includes at least a main port module for connection to end-user device, first data port module, data transmission control module, second data port module, and video port module. When a to-be-connected device connects to the first data port module, the first data port module and the main port module form a transmission path enabling data transmission between the to-be-connected device and the end-user device. When the to-be-connected device connects to the second data port module, the data transmission control module controls the data transmission between the to-be-connected device and the end-user device. When the to-be-connected device connects to the video port module, the data transmission control module receives the to-be-displayed information from the end-user device and transmits the to-be-connected device to display. This increases the utilization efficiency of the end-user device port.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the invention will be better understood with regard to the following description, appended claims, and accompanying drawings as follows:

FIG. 1 is a diagram showing an example port extension apparatus in accordance with one embodiment of the invention; and

FIG. 2 is a functional diagram illustrating an example port extension apparatus in accordance with one embodiment of the invention.

## DETAILED DESCRIPTION

In the following description, numerous specific details are set forth in order to provide a thorough understanding of the invention. However, it will become obvious to those skilled in the art that the invention may be practiced without these specific details. The descriptions and representations herein are the common means used by those experienced or skilled in the art to most effectively convey the substance of their work to others skilled in the art.

Reference herein to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment can be included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments.

Embodiments of the invention are discussed herein with reference to FIG. 1 and FIG. 2. However, those skilled in the art will readily understand and appreciate that the detailed descriptions given herein with respect to these figures is for explanatory purposes as the invention extends beyond these limited embodiments.

Detailed descriptions below are to explain one implementation of an example port extension apparatus for resolving low and/or inefficient port usage problems existed in current end-user devices.

FIG. 1 is a diagram showing the structure of an example port extension apparatus. For illustration simplicity, only relevant portions are shown.

US 10,572,429 B2

3

According to one embodiment of the invention, a port extension apparatus 100 is provided for allowing to-be-connected devices 110 to connect to data ports of an end-user device 120.

As shown in FIG. 1, a port extension apparatus 100 includes a main port module 10 for connecting to ports of the end-user device 120, a first data port module 20, a data transmission control module 30, a second data port module 40, a video port module 50, a third data port module 60 and a memory card R/W (Read/Write) module 70.

Data transmission port 201 of the first data port module 20 connects to the first end 101 of the main port module 10. First data transmission port 301 of the data transmission control module 30 connects to the second end 102 of the main port module 10. Data transmission port 401 of the second data port module 40 connects to the second data transmission port 302 of the data transmission control module 30. Data transmission port 501 of the video port module 50 is connected to the third data transmission port 303 of the data transmission control module 30.

When the to-be-connected device 110 connects to the port extension apparatus 100 via the first data port module 20, the first data port module 20 and the main port module 10 form a transmission path between the to-be-connected device 110 and the end-user device 120.

When the to-be-connected device 110 connects to the port extension apparatus 100 via the second data port module 40, the data transmission control module 30 controls the data transmission between the to-be-connected device 110 and the end-user device 120.

When the to-be-connected device 110 connects to the port extension apparatus 100 via the video port module 50, the data transmission control module 30 receives instructions from the end-user device 120 with to-be-displayed information; and further transmits the to-be-displayed information to the to-be-connected device 110 to display.

The end-user device 120 can be a mobile phone, a tablet, or a portable computer.

In all embodiments, when the to-be-connected device 110 connects to the first data port module 20, data directly transmits between the first data port module 20 and the end-user device 120 via main port module 10.

Different from the first data port module 20, when the to-be-connected device 110 connects to other port modules (e.g., the second data port module 40, the video port module 50), data transmission needs to pass through the data transmission control module 30 between the to-be-connected device 110 and the end-user device 120.

Accordingly, those having ordinary skill in the art would understand that the to-be-connected devices 110 are connected to the end-user device 120 via wired connection. For example: USB flash drive, mobile phone, or display device.

In one embodiment, the first data port module 20, the second data port module 40, and the video port module 50 are connected to different to-be-connected devices 110 simultaneously and transmit data to the end-user device 120 at the same time.

As shown in FIG. 1, the port extension apparatus 100 also includes the third data port module 60 and a memory card R/W port module 70.

The third data port module 60 connects to the fourth data transmission port 304 of the data transmission control module 30. The memory card read/write port module 70 connects to at least one data read/write port 305 of the data transmission control module 30.

When the to-be-connected device 110 is a memory card, the memory card connects to the port extension apparatus

4

100 via the memory card R/W port module 70 and the data transmission control module 30. As a result, the end-user device 120 can transmit data to the memory card.

FIG. 2 is a function diagram showing an example port extension apparatus. As shown in FIG. 2, main port module 10 includes a first port unit 11 and a second port unit 12.

Device connection port 111 of the first port unit 11 is the first end 101 of the main port module 10 as shown in FIG. 1. Device connection ports 121-123 of the second port unit 12 form the second end 102 of the main port module 10 in FIG. 1.

When the to-be-connected device 110 connects to the first data port module 20 and the first port unit 11, the first data port module 20 and the first port unit 11 form a physical transmission path.

As shown in FIG. 2, data transmission control module 30 includes USB control unit 31, USB conversion unit 32, memory card conversion unit 33, mode control unit 34, and mode conversion unit 35.

The first data transmission port 301 of the data transmission control module 30 comprise the first data port 311 of the USB control unit 31, the first data port 341 of the mode control unit 34, and the first data port 351 of the mode conversion unit 35.

The second data port 312 of the USB control unit 31 is the second data transmission port 302 of the data transmission control module 30.

The third data port 313 of the USB control unit 31 connects to the second data port 342 of the mode control unit 34. The third data port 343 of the mode control unit 34 connects to the second data port 352 of the mode conversion unit 35. The third data port 353 of the mode conversion unit 35 is the third data transmission port 303 of the data transmission control module 30.

The fourth data port 314 of the USB control unit 31 connects to the first data port 321 of the USB conversion unit 32. The second data port 322 of the USB conversion unit 32 is the fourth data transmission port 304 of the data transmission control module 30.

The fifth data port 315 of the USB control unit 31 connects to one of the multiple data transmission ports 331-332 of the memory card conversion unit 33. The memory card conversion unit 33 includes multiple data transmission ports 331-332. Multiple data transmission ports 331-332 make up the at least one data read/write port 305 of the data transmission control module 30.

In one embodiment, video port module 50 includes, but is not limited to, a VGA (Video Graphics Array) port, a DVI (Digital Visual Interface) port, an HDMI (High-Definition Multimedia Interface) port, a Mini DP (Mini DisplayPort) or a DP (DisplayPort).

For those having ordinary skill in the art would understand that VGA port, DVI port, HDMI port, Mini DP port, and DP port are current technologies. The invention extends to future video ports.

For example, when the to-be-connected device 110 is a display device, the to-be-connected device 110 connects to port extension apparatus 100 via the video port module 50; enabling data transmission with the end-user device 120. End-user device 120 transmits to-be-displayed information (data and/or instructions) to the mode control unit 34. The mode control unit 34 controls the mode conversion unit 35 to convert the to-be-displayed information to the proper format for the display device to display.

In one embodiment, the first data port module 20 is for a Type-C (USB Type-C) female port or a Lightning female port.

US 10,572,429 B2

5

For example, when the to-be-connected device **110** is a mobile phone and the end-user device **120** is a computer, the mobile phone **110** and computer **120** transmits data or performs a power charge directly through the transmission path created by the first data port module **20** and the main port module **10**.

In another embodiment, the second data port module **40** is for a USB female port.

For example, when the to-be-connected device **110** is a USB flash drive and the end-user device **120** is a computer, the USB flash drive connects to the port extension apparatus **100** via the second data interface port **40**; USB control unit **31** controls the data transmission between the USB flash drive and the computer.

In yet another embodiment, the third data port module is for a Type-C female port or a Lightning female port.

For example, when the to-be-connected device **110** is a mobile phone and the end-user device **120** is a computer, the mobile phone connects to the port extension apparatus **100** through the third data port module **60**. The USB control unit **31** controls the data transmission between the mobile phone and the computer; or through the control of the USB mode conversion unit **32** to charge the mobile phone.

In still another embodiment, the first port unit **11** is a Type-C male port or a USB male port. In still another embodiment, the second port unit **12** is a Type-C male port or a USB male port.

As shown in FIG. **2**, it is understood that when the first port **1201** and the second port **1202** of the end-user device **120** are both Type-C female ports, the first port unit **11** and second port unit **12** of the main port module **10** are Type-C male ports. When the first port **1201** and the second port **1202** of the end-user device **120** are both USB female ports, the first port unit **11** and second port unit **12** of the main port module **10** are USB male ports.

In conjunction with FIG. **2**, various functions of the port extension apparatus **100** are explained below.

As shown in FIG. **2**, when the to-be-connected device **110** connects to the port extension apparatus **100** via the first data port module **20**, the first data port module **20** and the first port unit **11** of the main port module **10** form a transmission path; enabling direct data transmission between the to-be-connected device **110** and the end-user device **120** via the transmission path.

When the to-be-connected device **110** connects to the port extension apparatus **100** via the second data port module **40**, the USB control unit **31** controls the data transmission between the to-be-connected device **110** and the end-user device **120**.

When the to-be-connected device **110** connects to the port extension apparatus **100** via the video port module **50**, the mode control unit **34** of the data transmission module **30** receives the to-be-displayed information (i.e., data and/or instructions) from the end-user device **120**. If the to-be-displayed information needs mode conversion, the mode conversion unit **35** converts the conversion the to-be-displayed information to the proper format for the to-be-connected device **110** to display. If the to-be-displayed information does not need any mode conversion, the to-be-displayed information will be directly delivered to the to-be-connected device **110** to display.

For example, when the to-be-connected device **110** is a display device, the to-be-connected device **110** connects to the port extension apparatus **100** via the video port module **50**; enabling data transmission with the end-user device **120**. Simultaneously, when the mode control unit **34** detects connection between the to-be-connected device **110** and the

6

video port module **50**, the mode control unit **34** transmits the format information of the display device to the end-user device **120** via the second port unit **12**. The end-user device **120** then sends the to-be-displayed information to the mode conversion unit **35**. The mode conversion unit **35** converts the to-be-displayed information to the proper format (e.g., converting DP format to HDMI format) before transmitting to the to-be-connected device **110** to display.

When the to-be-connected device **110** is a memory card, the memory card connects to the port extension apparatus **100** via the memory card R/W module **70**. The end-user device **120** sends control instructions to the port extension apparatus **100** via the control of the USB control unit **31**. Data transmission (i.e., read/write) are then performed by the memory card conversion unit **33** with the memory card.

According to one example embodiment, a port extension apparatus includes at least a main port module for connection to end-user device, first data port module, data transmission control module, second data port module, and video port module. When a to-be-connected device connects to the first data port module, the first data port module and the main port module form a transmission path enabling data transmission between the to-be-connected device and the end-user device. When the to-be-connected device connects to the second data port module, the data transmission control module controls the data transmission between the to-be-connected device and the end-user device. When the to-be-connected device connects to the video port module, the data transmission control module receives the to-be-displayed information from the end-user device and transmits to the to-be-connected device to display. This increases the utilization efficiency of the end-user device port.

Although the invention has been described with reference to specific embodiments thereof, these embodiments are merely illustrative, and not restrictive of, the invention. Various modifications or changes to the specifically disclosed example embodiments will be suggested to persons skilled in the art. In summary, the scope of the invention should not be restricted to the specific example embodiments disclosed herein, and all modifications that are readily suggested to those of ordinary skill in the art should be included within the spirit and purview of this application and scope of the appended claims.

I claim:

1. A port extension apparatus for extending ports of an end-user device comprising:

a main port module for connecting to an end-user device, the main port module having first and second port units;

a first data port module operatively connecting to the first port unit;

a data transmission control module operatively connecting to the second port unit via a first data transmission port of the data transmission control module;

a second data port module operatively connecting to a second data transmission port of the data transmission control module; and

a video port module operatively connecting to a third data transmission port of the data transmission control module; wherein

when a to-be-connected device connects to the first data port module, the first data port module and the main port module form a transmission path enabling data transmission between the to-be-connected device and the end-user device;

when a to-be-connected device connects to the second data port module, the data transmission control module

US 10,572,429 B2

7

controls data transmission between the to-be-connected device and the end-user device; and

when a to-be-connected device connects to the video port module, the data transmission control module receives the to-be-displayed information from the end-user device to the to-be-connected device to display.

**2**. The port extension apparatus as described in claim **1**, further comprising:

a third data port module operatively connecting to a fourth data transmission port of the data transmission control module; and

a memory card R/W (read/write) module operatively connecting to at least one data read/write port of the data transmission control module.

**3**. The port extension apparatus as described in claim **2**, wherein the to-be-connected device comprises a memory card, which connects to the end-user device via the memory card R/W module and the data transmission control module.

**4**. The port extension apparatus as described in claim **2**, wherein the data transmission control module comprises a USB (Universal Serial Bus) control unit, a USB conversion unit, a memory card conversion unit, a mode control unit and a mode conversion unit.

**5**. The port extension apparatus as described in claim **4**, wherein the first data transmission port of the data transmission control module comprises a first data port of the USB control unit, a first data port of the mode control unit, and a first data port of the mode conversion unit.

**6**. The port extension apparatus as described in claim **5**, wherein the second data transmission port of the data transmission control module is a second data port of the USB control unit.

**7**. The port extension apparatus as described in claim **6**, wherein a third data port of the USB control unit connects to a second data port of the mode control unit and a third data port of the mode control unit connects to a second data port of the mode conversion unit.

8

**8**. The port extension apparatus as described in claim **7**, wherein the third data transmission port of the data transmission module is a third data port of the mode conversion unit.

**9**. The port extension apparatus as described in claim **8**, wherein a fourth data port of the USB control unit connects to a first data port of the USB conversion unit.

**10**. The port extension apparatus as described in claim **9**, wherein is the fourth data transmission port of the data transmission control module is a second data port of the USB conversion unit.

**11**. The port extension apparatus as described in claim **10**, wherein a fifth data port of the USB control unit connects to one of at least one data transmission port of the memory card conversion unit.

**12**. The port extension apparatus as described in claim **11**, wherein the at least one data read/write port of the data transmission control module comprise the at least one data transmission port of the memory card conversion unit.

**13**. The port extension apparatus as described in claim **2**, wherein the video port module comprises a VGA (Video Graphics Array) port, a DVI (Digital Visual Interface) port, an HDMI (High-Definition Multimedia Interface) port, a Mini DP (Mini Display Port) or a DP (Display Port).

**14**. The port extension apparatus as described in claim **2**, wherein the first data port module comprises a Type-C female port or a Lighting female port.

**15**. The port extension apparatus as described in claim **2**, wherein the second data port module comprises a USB (Universal Serial Bus) female port.

**16**. The port extension apparatus as described in claim **2**, wherein the third data port module comprises a Type-C female port or a Lighting female port.

**17**. The port extension apparatus as described in claim **2**, wherein the first port unit comprises a Type-C male port or a USB male port and the second port unit comprises a Type-C male port or a USB male port.

\* \* \* \* \*

# EXHIBIT B

US00D855616S

(12) **United States Design Patent** (10) Patent No.: **US D855,616 S**

Chin (45) Date of Patent: ** ***Aug. 6, 2019**

(54) **THUNDERBOLT 3.0 USB-C CONNECTOR**

(71) Applicant: **Kien Hoe Daniel Chin**, Fremont, CA (US)

(72) Inventor: **Kien Hoe Daniel Chin**, Fremont, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/585,509**

(22) Filed: **Nov. 24, 2016**

(51) LOC (12) Cl. ............................................. **14-02**

(52) **U.S. Cl.**
USPC ...................................................... **D14/433**

(58) **Field of Classification Search**
USPC ........................................ D14/432, 433, 358
CPC .................................................. H01M 10/44
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D560,165 | S | * | 1/2008 | Matityahu ...................... D13/133 |
| D591,270 | S | * | 4/2009 | Jakobson ...................... D14/217 |
| D664,146 | S | * | 7/2012 | Hoehn ...................... D14/433 |
| D693,768 | S | * | 11/2013 | Alesi ...................... D13/110 |
| D705,189 | S | * | 5/2014 | Chovin ...................... D14/159 |
| D711,884 | S | * | 8/2014 | Turksu ...................... D14/433 |
| D740,291 | S | * | 10/2015 | Turksu ...................... D14/433 |
| D751,527 | S | * | 3/2016 | Hinokio ...................... D14/204 |
| D776,659 | S | * | 1/2017 | Hou ...................... D14/433 |
| D793,397 | S | * | 8/2017 | Eliyahu ...................... D14/433 |
| D794,028 | S | * | 8/2017 | Lin ...................... D14/433 |
| D797,747 | S | * | 9/2017 | Xu ...................... D14/433 |
| D800,730 | S | * | 10/2017 | Liao ...................... D14/433 |
| D813,875 | S | * | 3/2018 | Liao ...................... D14/434 |
| D815,639 | S | * | 4/2018 | Lau ...................... D14/433 |
| D820,264 | S | * | 6/2018 | Lai ...................... D14/433 |
| D828,354 | S | * | 9/2018 | Chuang ...................... D14/433 |
| D828,840 | S | * | 9/2018 | Zhang ...................... D14/433 |
| D828,841 | S | * | 9/2018 | Zhang ...................... D14/433 |
| D830,366 | S | * | 10/2018 | Turksu ...................... D14/433 |
| D832,260 | S | * | 10/2018 | Hutton ...................... D14/433 |

* cited by examiner

Primary Examiner — Cynthia R Underwood

(74) *Attorney, Agent, or Firm* — Alexander Chen, Esq.; Agnew International Patent & Trademark Law Firm

(57) **CLAIM**

The ornamental design for thunderbolt 3.0 USB-C connector, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a thunderbolt 3.0 USB-C connector;
FIG. **2** is a front view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a back side view thereof;
FIG. **5** is a side view thereof;
FIG. **6** is a side view thereof; and,
FIG. **7** is a side view thereof.
The broken lines are included to show environmental structure and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*        *FIG. 7*

        

# EXHIBIT C

US00D813875S

(12) **United States Design Patent**     (10) Patent No.:     **US D813,875 S**
Liao                                      (45) Date of Patent: ****  **Mar. 27, 2018**

(54) **MULTI-FUNCTION DOCKING STATION**

(71) Applicant: **Zhuowen Liao**, Shenzhen (CN)

(72) Inventor: **Zhuowen Liao**, Shenzhen (CN)

(73) Assignee: **GOPOD GROUP LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/590,634**

(22) Filed: **Jan. 12, 2017**

(30)      **Foreign Application Priority Data**

Dec. 13, 2016   (CN) .......................... 2016 3 0613236

(51) **LOC (11) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
      USPC ........................ **D14/434**; D14/357; D13/133
(58) **Field of Classification Search**
      USPC ....... D14/434, 440, 447, 251–253, 432, 451,
                D14/452, 454, 140, 142, 149, 217, 240,
                D14/299, 496, 356, 358, 171, 357, 433;
                D13/103, 107, 108, 118, 119, 184, 110,
                                D13/123, 133, 134, 182
      CPC .... G06F 1/1632; G06F 1/1635; G06F 1/1637;
                G06F 13/00; G06F 13/387; G06F 3/05;
                H01M 10/44; F16M 11/00; H02J 7/0042;
                H02J 7/00; H02J 7/0027; H02J 7/0044;
                H02J 7/0045; H02J 7/355; H01R 31/065;
                                        H03M 1/00
      See application file for complete search history.

(56)              **References Cited**

               U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D361,987 S | * | 9/1995 | Yamazaki | D14/434 |
| D369,149 S | * | 4/1996 | Chang | D14/357 |
| D405,064 S | * | 2/1999 | Iino | D14/434 |
| D430,882 S | * | 9/2000 | Tsai | D14/434 |
| 6,321,340 B1 | * | 11/2001 | Shin | G06F 1/1632 |
| | | | | 439/131 |

| | | | | |
|---|---|---|---|---|
| D464,972 S | * | 10/2002 | Carrasco, Jr. | D14/433 |
| D522,531 S | * | 6/2006 | Solomon | D14/496 |
| D635,978 S | * | 4/2011 | Chen | D14/434 |
| D659,094 S | * | 5/2012 | Brand | D13/108 |
| D661,249 S | * | 6/2012 | Smith | D13/110 |
| 8,512,079 B2 | * | 8/2013 | Vroom | H01R 13/512 |
| | | | | 361/679.45 |
| D689,858 S | * | 9/2013 | Lo | D14/357 |
| D692,024 S | * | 10/2013 | Seong | D14/496 |
| D715,797 S | * | 10/2014 | Hiraga | D14/356 |
| D720,691 S | * | 1/2015 | Lo | D14/357 |
| D728,467 S | * | 5/2015 | Hasbrook | D13/103 |
| D733,043 S | * | 6/2015 | Hasbrook | D13/103 |

(Continued)

OTHER PUBLICATIONS

Converters. (Design—© Questel). orbit.com.[online PDF] 34 pgs.
Print Dates range Jun. 24, 2015 through Oct. 20, 2017. [Retrieved
on Nov. 22, 2017] https://sobjprd.questel.fr/export/QPTUJ214/
pdf2/6a61094c-1d4d-422a-8b59-893fda30a0db-170710.pdf.*

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Marie D. Fast Horse
(74) *Attorney, Agent, or Firm* — Roger H. Chu

(57)              **CLAIM**

The ornamental design for a multi-function docking station,
as shown and described.

              **DESCRIPTION**

FIG. **1** is a top view of a multi-function docking station
showing my design;
FIG. **2** is a rear view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a top, front, left side perspective view thereof; and,
FIG. **8** is a top, rear, right side perspective view thereof.

              **1 Claim, 8 Drawing Sheets**





**US D813,875 S**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D750,083 S | * | 2/2016 | Chow | D14/434 |
| D767,486 S | * | 9/2016 | Yu | D13/103 |
| D782,476 S | * | 3/2017 | Yamazaki | D14/240 |
| D788,112 S | * | 5/2017 | Liao | D14/433 |
| D798,301 S | * | 9/2017 | Kujawski | D14/433 |
| D798,811 S | * | 10/2017 | Liao | D13/110 |
| D800,730 S | * | 10/2017 | Liao | D14/433 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

# EXHIBIT D

US00D844618S

(12) **United States Design Patent** (10) Patent No.: **US D844,618 S**

Liao (45) Date of Patent: ** **Apr. 2, 2019**

(54) **MULTI-FUNCTION DOCKING STATION**

(71) Applicant: **Zhuowen Liao**, Shenzhen (CN)

(72) Inventor: **Zhuowen Liao**, Shenzhen (CN)

(73) Assignee: **GOPOD GROUP LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/609,686**

(22) Filed: **Jul. 4, 2017**

(30) **Foreign Application Priority Data**

May 6, 2017 (CN) .......................... 2017 3 0162751

(51) **LOC (11) Cl.** ............................................. **14-02**
(52) **U.S. Cl.**
USPC ........................ **D14/434**; D14/357; D13/133
(58) **Field of Classification Search**
USPC ....... D14/434, 440, 447, 251–253, 432, 451,
D14/452, 454, 140, 142, 149, 217, 240,
D14/299, 496, 356, 358, 204, 207, 209.1,
D14/211, 215, 216, 171, 433; D13/103,
D13/107, 108, 118, 119, 184, 110, 123;
D6/512, 672, 682; D21/333
CPC .... G06F 1/1616; G06F 1/1626; G06F 1/1632;
G06F 1/1688; G06F 13/00; H01M 10/44;
F16M 11/10; F16M 11/20; H02J 7/0042;
H02J 7/00; H02J 7/0027; H02J 7/0044;
H02J 7/0045; H02J 7/355; H01R 31/065;
H04R 1/025; H04R 5/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D361,987 | S | * | 9/1995 | Yamazaki .................... D14/434 |
| D405,064 | S | * | 2/1999 | Iino ............................ D13/147 |
| D430,882 | S | * | 9/2000 | Tsai ........................... D14/434 |
| D592,138 | S | * | 5/2009 | Mahaffey .................... D13/110 |

| | | | | |
|---|---|---|---|---|
| D596,636 | S | * | 7/2009 | Kim ............................ D14/363 |
| D601,961 | S | * | 10/2009 | Mahaffey .................... D13/110 |
| D635,978 | S | * | 4/2011 | Chen .......................... D14/434 |
| D671,945 | S | * | 12/2012 | van der Lande ............ D14/433 |
| D683,765 | S | * | 6/2013 | Ahn .......................... D14/203.3 |
| 8,512,079 | B2 | * | 8/2013 | Vroom ................. H01R 13/512 |
| | | | | 361/679.45 |
| D689,858 | S | * | 9/2013 | Lo .............................. D14/357 |
| D692,024 | S | * | 10/2013 | Seong ......................... D14/496 |

(Continued)

OTHER PUBLICATIONS

Multifunction converters. (Design—© Questel) orbit.com.[online PDF] 15 pgs. Print Dates range Jun. 8, 2015 to Aug. 1, 2017. [Retrieved on Jul. 9, 2018] https://sobjprd.questel.fr/export/QPTUJ214/pdf2/d322cb7c-206c-4340-8091-428e670a862a-201659.pdf.*

(Continued)

*Primary Examiner* — Marie D. Fast Horse

(74) *Attorney, Agent, or Firm* — RC Patent Services

(57) **CLAIM**

The ornamental design for a multi-function docking station, as shown and described.

**DESCRIPTION**

FIG. **1** is a rear view of a multi-function docking station showing my new design, enlarged for clarity;
FIG. **2** is a front view thereof, shown enlarged for clarity;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a side view thereof, right and left side views being mirror images to each other;
FIG. **6** is a top, front, left side perspective view thereof;
FIG. **7** is a bottom, rear, left side perspective view thereof; and,
FIG. **8** is a bottom, front, right side perspective view thereof. The broken lines depict portions of the multi-function docking station that form no part of the claim.

**1 Claim, 8 Drawing Sheets**



## US D844,618 S

Page 2

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D709,892 S | * | 7/2014 | Lui | D14/433 |
| D720,691 S | * | 1/2015 | Lo | D14/357 |
| D750,083 S | * | 2/2016 | Chow | D14/434 |
| D762,169 S | * | 7/2016 | Lei | D13/108 |
| D762,170 S | * | 7/2016 | Lei | D13/108 |
| D763,790 S | * | 8/2016 | Lei | D13/108 |
| D769,188 S | * | 10/2016 | Miller | D13/107 |
| D776,659 S | * | 1/2017 | Hou | D14/433 |
| D782,974 S | * | 4/2017 | Ju | D13/108 |
| D784,340 S | * | 4/2017 | Laffon de Mazieres | D14/433 |
| D788,112 S | * | 5/2017 | Liao | D14/433 |
| D791,070 S | * | 7/2017 | Son | D13/103 |
| D794,028 S | * | 8/2017 | Lin | D14/433 |
| D797,747 S | * | 9/2017 | Xu | D14/433 |
| D798,811 S | * | 10/2017 | Liao | D13/110 |
| D800,730 S | * | 10/2017 | Liao | D14/433 |
| D803,779 S | * | 11/2017 | Jung | D13/107 |
| D807,290 S | * | 1/2018 | Liao | D13/110 |
| D813,875 S | * | 3/2018 | Liao | D14/434 |
| D830,366 S | * | 10/2018 | Turksu | D14/433 |
| 2006/0085584 A1 | * | 4/2006 | Chen | G06F 1/1632 710/303 |
| 2007/0212145 A1 | * | 9/2007 | Chu | G06F 1/1632 400/76 |
| 2012/0243156 A1 | * | 9/2012 | Cheng | G06F 13/4022 361/679.02 |
| 2015/0171386 A1 | * | 6/2015 | Yang | H01M 2/1022 429/163 |

### OTHER PUBLICATIONS

Converters. (Design—© Questel) orbit.com.[online PDF] 32 pgs. Print Dates range Sep. 26, 2017-Mar. 27, 2018[Retrieved on Oct. 12, 2018 ] https://sobjprd.questel.fr/export/QPTUJ214/pdf2/a62a5646-9d30-4978-ab75-d5e2809eef54-211032.pdf.*

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

# EXHIBIT E

US00D807290S

(12) **United States Design Patent** (10) Patent No.: **US D807,290 S**
Liao (45) Date of Patent: ** **Jan. 9, 2018**

(54) **MULTI-FUNCTION CONNECTOR**

(71) Applicant: **Zhuowen Liao**, Shenzhen (CN)

(72) Inventor: **Zhuowen Liao**, Shenzhen (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/523,756**

(22) Filed: **Apr. 14, 2015**

(30) **Foreign Application Priority Data**

Mar. 30, 2015 (CN) .......................... 2015 3 0079266

(51) **LOC (11) Cl.** ............................................... **13-02**
(52) **U.S. Cl.**
USPC ...................................................... **D13/110**
(58) **Field of Classification Search**
USPC .............. D13/110, 101, 107, 108, 118, 133,
D13/137.1–137.4, 138.1, 138.2, 139.1,
D13/146, 147, 199; 174/54, 59, 61, 66;
307/11, 17, 22, 150; 320/107, 111, 112,
320/113, 114, 115; 362/640, 641, 642;
363/142, 146; 439/105, 106, 131, 146,
439/171, 172, 222, 518, 626, 628, 638,
439/640, 653; D14/432, 433, 242, 356,
D14/357, 358
CPC ...... H01R 4/66; H01R 13/44; H01R 13/4534;
H01R 13/639; H01R 13/6633; H01R
13/6658; H01R 27/00; H01R 27/02;
H01R 29/00; H01R 31/06; H02M 1/10;
H01H 13/50
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D484,853 | S | * | 1/2004 | Alviar | ........................ D13/110 |
| D496,629 | S | * | 9/2004 | Hriscu | ........................ D13/110 |
| D538,222 | S | * | 3/2007 | Curello | ..................... D13/103 |
| D654,867 | S | * | 2/2012 | Huppe | ........................ D13/110 |
| D684,976 | S | * | 6/2013 | Akana | ........................ D14/433 |
| D714,731 | S | * | 10/2014 | Lee | ............................ D13/147 |
| D722,952 | S | * | 2/2015 | Hu | ............................. D13/103 |
| 2010/0151723 | A1 | * | 6/2010 | Su | .................. H01R 13/6658 |
| | | | | | 439/505 |
| 2015/0155726 | A1 | * | 6/2015 | Duan | .................. H01H 13/50 |
| | | | | | 320/113 |

* cited by examiner

*Primary Examiner* — Derrick Holland
(74) *Attorney, Agent, or Firm* — Roger H. Chu

(57) **CLAIM**
The ornamental design for a multi-function connector, as
shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a multi-function connector
showing my design;
FIG. **2** is a front side view thereof;
FIG. **3** is a rear side view thereof;
FIG. **4** is a top view thereof, the top and bottom views being
mirror images to each other; and,
FIG. **5** is a side view thereof, left and right side views being
mirror images to each other.
The broken lines shown represent unclaimed subject matter
and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5